O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grand Aerie of the Fraternal Order of Eagles, <br><br> Plaintiff, <br><br> v. <br><br> Eagles Clubs International, Inc., et al., <br><br> Defendant. | CV 10-357-RSWL <br><br> ORDER DISMISSING CASE |

On June 4, 2010, the Court ordered counsel to Show Cause why this action should not be dismissed for failure to file the proof of service of summons and complaint. To date, counsel has not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 25, 2010

/ S /
_____
HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge

1